1  [COUNSEL LISTED ON SIGNATURE BLOCK]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br>     Plaintiff, <br> v. <br> KYOCERA COMMUNICATIONS, INC., and SPRINT SPECTRUM LP, <br>     Defendants. | Case No.: 5:14-cv-02894-PSG |
| ADAPTIX, INC., <br>     Plaintiff, <br> v. <br> KYOCERA COMMUNICATIONS, INC., and CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS <br>     Defendants. | Case No.: 5:14-cv-02895-PSG |

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff, Adaptix, Inc., and Defendants, Kyocera Communications, Inc. ("Kyocera"), Sprint Spectrum LP, and Cellco Partnership d/b/a Verizon Wireless stipulate as follows:

(1) All claims against Defendants, including for alleged infringement of U.S. Patent Nos. 6,947,748 and 7,454,212 based on the manufacture, use, offer for sale, sale, or importation of products manufactured by or for Kyocera, shall be dismissed with prejudice;

(2) All counterclaims of Kyocera shall be dismissed with prejudice;

(3) All counterclaims of Sprint and Verizon shall be dismissed without prejudice; and

(3) Each party shall bear its own attorney's fees, costs of court, and expenses.

| | | |
|---|---|---|
|1| Dated:  December 30, 2015 | Respectfully submitted, |

| | |
|---|---|
| /s/ *David Eiseman* | /s/  *James J. Foster* |
| David Eiseman (Bar No. 114758) | Paul J. Hayes (*pro hac vice*) |
| davideiseman@quinnemanuel.com | Kevin Gannon (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | James J. Foster |
| | Jason C. Williams (*pro hac vice*) |
| 50 California Street, 22nd Floor | HAYES MESSINA GILMAN & HAYES, LLC |
| San Francisco, CA 94111 | 200 State Street, 6th Floor |
| Telephone: (415) 875-6600 | Boston, MA 02109 |
| Facsimile: (415) 875-6700 | phayes@hayesmessina.com |
| | kgannon@hayesmessina.com |
| Ryan S. Goldstein (Bar No. 208444) | jfoster@hayesmessina.com |
| ryangoldstein@quinnemanuel.com | jwilliams@hayesmessina.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Telephone: (617) 345-6900 |
| | Facsimile: (617) 443-1999 |
| NBF Hibiya Bldg., 25F | |
| 1-1-7 Uchisaiwai-cho | Attorneys for Plaintiff |
| Tokyo, 100-0011, Japan | ADAPTIX, INC. |
| Telephone: +81-3-5510-1711 | |
| Facsimile: +81-3-5510-1712 | |
| | |
| Attorneys for Defendant Kyocera Communications, Inc. | |

By: */s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
cortney.hoecherl@wilmerhale.com
S. Dennis Wang (SBN 261296)
dennis.wang@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Tel.: (650) 858-6000
Fax: (650) 858-6100
Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless

By: */s/ Mark M. McGrory*
Mark W. McGrory (admitted pro hac vice)
Mark.mcgrory@eriseip.com
Lawrence A. Rouse (admitted pro hac vice)
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Tel: (913) 777-5643

1  Attorneys for Defendant Sprint Spectrum L.P.

2  **ATTESTATION OF CONCURRENCE IN FILING**

3  Pursuant to Civil Local Rule 5-1(i)(3), James J. Foster attests that he has obtained

4  concurrence in the filing of this document from each of the Signatories listed above.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 30, 2015

HON. Paul S. Grewal
United States Magistrate Judge